# MINUTES

| | |
|---|---|
| CASE NUMBER: | 2:16-cv-02098-LEK (USDC, Eastern District of California) |
| CASE NAME: | United Financial Casualty Company vs. JML, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 11/2/2016 | TIME: | |

COURT ACTION:  EO: COURT ORDER ELECTING TO DECIDE DEFENDANT LEVY'S MOTION TO STAY OR IN THE ALTERNATIVE DISMISS THIS ACTION WITHOUT A HEARING

On November 2, 2016, Defendant J.M.L., a minor, by and through her Guardian ad Litem Michelle Rogers ("Levy"), filed her Motion to Stay or in the Alternative Dismiss this Action ("Motion").  [Dkt. no. 17.]  This Court elects to decide the Motion without a hearing, pursuant to L.R. 230(g) (stating that a motion "may be submitted upon the record and briefs on file . . . if the Court so orders, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both").

The deadline for any party to file an opposition to the Motion is **November 23, 2016**.  The deadline for Levy's optional reply in support of the Motion is **November 30, 2016**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager