Patrick M. Howe (SBN 154669)
pat@patrickhowelaw.com
Patrick Howe Law, APC
402 W. Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company;<br><br>    Plaintiff,<br><br>  v.<br><br>JML, a minor, by and through her guardian ad litem, Michelle Rogers; Manjit Singh, individually and dba Top Raman Trucking; State Compensation Insurance Fund; LaToia Levy Johnson; Matthew Levy; Ewell Levy, II; Geovanni Levy; Maria Castro, individually and dba Maxi Beauty Hair Salon; Lorina Mopera, individually and dba Lutong Bahay Filipino Food; Juan Lopezmor, individually and dba Los Patrones Restaurant; Richard Mao, individually and dba Promax Investment Properties, LLC; Promax Investment Properties, LLC; United Fire & Casualty Co.; Frank Daniels individually and dba FD Wireless; | Case No. 2:16-cv-02098-LEK<br><br>**Stipulation/Order to Set Aside Defaults Against Defendants LaToia Levy Johnson, Ewell Levy, II, and Geovanni Levy and to Set Date for Response to First Amended Complaint by such Defendants and Defendant Matthew Levy** |

Kelley Lewis, individually and dba FD Wireless; Kare Kruegger, individually and dba FD Wireless; Farmers Insurance Exchange; Rogelio Ramirez-Munoz; Daniel Gardner; and Marvin Doldol;

        Defendants.

Plaintiff United Financial Casualty Company and defendants LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy, through their respective counsel, stipulate as follows:

**Recitals**

In its first amended complaint in this case (Dkt. 28), plaintiff United Financial Casualty Company alleges three causes of action against defendants LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy. The court entered defaults on the first amended complaint against defendant LaToia Levy Johnson on April 20, 2017 (Dkt. 55), against defendant Ewell Levy, II on April 4, 2017 (Dkt. 49), and defendant Giovanni Levy on April 20, 2017 (Dkt. 55).

With the exception of defendant Matthew Levy, all defendants named in the first amended complaint have either appeared in the action or have been voluntarily dismissed.

Plaintiff United Financial Casualty Company has been attempting to effect service of the first amended complaint on defendant Matthew Leavy, but has been unsuccessful. Counsel for plaintiff United Financial Casualty Company has spoken with attorney Gary Roth, who represents defendants LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy in the pending state court litigation referenced in the first amended complaint. Attorney Roth has confirmed that all of his clients have an interest in

participating in this case and that he has been authorized to accept service of the first amended complaint on behalf of defendant Matthew Leavy, if plaintiff United Financial Casualty Company will agree to the court vacating the defaults against attorney Roth's other clients.

## Stipulation

Accordingly, plaintiff United Financial Casualty Company and defendants LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy hereby agree to the court ordering as follows:

1. The defaults entered against defendants LaToia Levy Johnson, Ewell Levy, II, and Geovanni Levy are vacated; and

2. LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy shall file a response to the first amended complaint within 20 days after entry of this order.

IT IS SO STIPULATED.

July 24, 2017                              Patrick Howe Law, APC

                                           By: */s/Patrick M. Howe*
                                           Patrick M. Howe
                                           Attorneys for plaintiff United
                                           Financial Casualty Company
                                           *pat@patrickhowelaw.com*

July 24, 2017                    Boxer & Gerson, LLP

By: */s/Gary B. Roth*
Gary B. Roth
Attorneys for defendants LaToia Levy Johnson, Matthew Levy, Ewell Levy, II, and Geovanni Levy
*groth@boxerlaw.com*

(Signature authorized on July 20, 2017)

IT IS SO ORDERED

 July 24, 2017                    ___
Date

    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Stipulation/Order  (2:16-cv-02098-LEK) – 4*