# MINUTES

CASE NUMBER:   2:16-cv-02098-LEK (USDC, Eastern District of California)

CASE NAME:     United Financial Casualty Company vs. JML, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    9/1/2017                     TIME:

COURT ACTION:  EO: COURT ORDER DIRECTING DEFENDANT J.M.L. TO FILE UPDATE REGARDING THE MOTION TO STAY OR IN THE ALTERNATIVE DISMISS THIS ACTION

    On November 22, 2016, Defendant J.M.L., a minor, by and through her Guardian ad Litem, Michelle Rogers ("J.M.L."), filed a Motion to Stay or in the Alternative Dismiss this Action ("Motion"). [Dkt. no. 23.] On February 23, 2017, this Court issued an Entering Order ("2/23/17 EO") reserving ruling on the Motion until all of the new defendants named in Plaintiff United Financial Casualty Company's ("United Financial") First Amended Complaint for Declaratory Relief ("First Amended Complaint") were served and had an opportunity to respond to J.M.L.'s Motion. [Dkt. nos. 28 (First Amended Complaint), 31 (2/23/17 EO).]

    On August 31, 2017, United Financial filed a notice stating that it has complied with the 2/23/17 EO ("Notice"). [Dkt. no. 61.] According to the Notice, each defendant named in the First Amended Complaint has either filed an answer or had default entered against it. Thus, each defendant had the opportunity to respond to the Motion.

    This Court ORDERS J.M.L. to file a supplemental memorandum regarding any updates to the relevant factual and procedural background of the Motion. J.M.L. must file the supplemental memorandum by **September 15, 2017**. This Court will rule on the Motion thereafter.

    Other than J.M.L.'s supplemental memorandum, no further briefing regarding the Motion will be considered unless the filing party obtains prior leave of Court.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager