Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company;<br><br>Plaintiff,<br><br>v.<br><br>JML, a minor, by and through her guardian ad litem, Michelle Rogers; Manjit Singh, individually and dba Top Raman Trucking; State Compensation Insurance Fund; LaToia Levy Johnson; Matthew Levy; Ewell Levy, II; Geovanni Levy; Maria Castro, individually and dba Maxi Beauty Hair Salon; Lorina Mopera, individually and dba Lutong Bahay Filipino Food; Juan Lopezmor, individually and dba Los Patrones Restaurant; Richard Mao, individually and dba Promax Investment Properties, LLC; Promax Investment Properties, LLC; United Fire & Casualty Co.; Frank Daniels individually and dba FD Wireless; | Case No. 2:16-cv-02098-LEK<br><br>**Joint Stipulation to Dismiss Case and Order Thereon** |

Kelley Lewis, individually and dba FD Wireless; Kare Kruegger, individually and dba FD Wireless; Farmers Insurance Exchange; Rogelio Ramirez-Munoz; Daniel Gardner; and Marvin Doldol;

    Defendants.

The parties, through their respective counsel, hereby stipulate that plaintiff United Financial Casualty Company's operative pleading, the first amended complaint (Dkt.no. 28), may be dismissed by the court, with prejudice, each party to bear his/her/its own fees and costs.

IT IS SO STIPULATED

January 2, 2020      PATRICK HOWE LAW, APC

By: /s/ *Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff United
Financial Casualty Company

January 2, 2020      Van Blois & Associates

By: /s/ *Thomas C. Knowles*
Thomas C. Knowles
Attorneys for defendant JML, a minor, by and through her guardian ad litem, Michelle Rogers

(Signature authorized on November 18, 2019)

| | |
|---|---|
| January 2, 2020 | Law Office of Jacob J. Rivas |
| | By: /s/ *Jacob J. Rivas* |
| | Jacob J. Rivas |
| | Attorneys for defendant Frank Daniels individually and dba FD Wireless |
| | (Signature authorized on November 18, 2019) |
| January 2, 2020 | Gibson Kolb, PLC |
| | By: /s/ *Michael Karatov* |
| | Michael Karatov |
| | Attorneys for defendants Richard Mao, individually and dba Promax Investment Properties, LLC, and Promax Investment Properties, LLC |
| | (Signature authorized on November 25, 2019) |
| January 2, 2020 | Simms, Lawrence & Arruti |
| | By: /s/ *Bobby Dale Simms, Jr.* |
| | Bobby Dale Simms, Jr. |
| | Attorneys for defendant United Fire & Casualty Co. |
| | (Signature authorized on November 19, 2019) |

January 2, 2020                Alper & McCulloch

                               By: /s/ *Dean A. Alper*
                               Dean A. Alper
                               Attorneys for defendant Farmers
                               Insurance Exchange

                               (Signature authorized on November
                               24, 2019)


January 2, 2020                Boxer & Gerson, LLP

                               By: /s/ *Gary B. Roth*
                               Gary B. Roth
                               Attorneys for defendants LaToia
                               Levy Johnson, Matthew Levy, Ewell
                               Levy, II, and Geovanni Levy

                               (Signature authorized on December
                               30, 2019)


January 2, 2020                Respectfully submitted,

                               By: /s/ *Manjit Sing*
                               Manjit Singh
                               Defendant in propria persona

                               (Signature authorized on December
                               9, 2019)


IT IS SO ORDERED               December 31, 2019

                               /s/ Leslie E. Kobayashi
                               Leslie E. Kobayashi
                               United States District Judge